

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

## LAW DEPARTMENT

April 29, 2024

Nathaniel Meyers
24-B-0548
Attica Correctional Facility
Box 149
Attica, New York 14011

      Re:    Meyers v. Folckemer, *et al*. (23-cv-6317-DGL-MWP)

Dear Mr. Myers:

      In compliance with the court's scheduling order, enclosed please find copies of redacted documents in the possession of the Buffalo Police Department in connection with the events from which your claims arose. The documents reference the names of potential witnesses.

      Please also allow this letter to serve as the defendants' formal request for copies of all documents in your possession in connection with your arrest on February 14, 2021 and the criminal proceedings that followed. This request includes, but is not limited to, a copy of the file maintained by your criminal defense attorney with respect to the firearm and cocaine charges, excluding privileged material. To this end, I would ask that you contact your criminal defense attorney and ask him or her for a copy of the file for this case.

      If you have any questions, please do not hesitate to contact me.

      Very truly yours,

      Cavette A. Chambers
      Corporation Counsel

      By:    s/David M. Lee
              Assistant Corporation Counsel
              Direct Dial (716) 851-9691
              dlee@city-buffalo.com