

# BUFFALO PD
# POLICE REPORT
# NARCOTICS

*Complaint*
## 21-0450426

*Report Date & Time*
**02/14/2021 15:10**

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| WALDEN AV @ OBERLIN AV | 'C' | | 02/14/2021 15:10 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

| Officers: | P2938 - MULLEN | P3742 - FOLCKEMER | Reporting.: P3742 - FOLCKEMER |
|---|---|---|---|
| | D701 - CHRISTOPHER | D723 - BRENNAN | Supervisor: |

## OFFENDER

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MYERS | NATHANIEL | | | | Black | M | 47 | N | N | PR |

| Address | | City | | State | Zip | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Home Phone | Work Phone | Cell Phone | Email | |
|---|---|---|---|---|
| | | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 5' 10" | 217 | BAL | BRO | M | MED | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 220.16-01 | F | B | 3 | CRIM POSS NARCO DRUG INT/SELL | PR |
| PL | 220.06-05 | F | D | 5 | CRIM POSS CONTL SUB COCAINE | PR |
| VTL | 0401-01A | I | | 0 | OPER UNREGISTERD MV ON HIGHWAY | PR |
| VTL | 0403-A | I | | 0 | FALSIFY TEMPORARY REGISTRATION | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | PR |

## ARREST

| Arrest # | Name | | Date | Address |
|---|---|---|---|---|
| 264312 | MYERS, NATHANIEL . 4/13/1973 | | 02-14-2021 | 68 COURT  BUFFALO |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | FOLCKEMER,WILLIANCHRISTOPHER,JOSEPH J - 172873 |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 220.16-01 | F | B | 3 | CRIM POSS NARCO DRUG INT/SELL | 1 |
| PL | 220.06-05 | F | D | 5 | CRIM POSS CONTL SUB COCAINE | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |
| VTL | 0403-A | I | | 0 | FALSIFY TEMPORARY REGISTRATION | 1 |
| VTL | 0401-01A | I | | 0 | OPER UNREGISTERD MV ON HIGHWAY | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MYERS NATHANIEL | 2001 | FORD | EXPEDITIO | LL | RED | 4199363 | | 1FMFU18L71LB02572 | Impounde | PR |

## PROPERTY

| Qty | Type | Description | Status | Make | Color | Model | Total Value | Report |
|---|---|---|---|---|---|---|---|---|
| 6 | Drugs/Narcotics | SMALL BAG | 06 - Seized | | WHITE | | $0.00 | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 02/15/2021 03:35 | Typist: JAMES WOZNIAK | Officer: FOLCKEMER,WILLIAM R |
|---|---|---|---|

ON 02/14/2021, AT 1510 HOURS, AT OBERLIN @ WALDEN AVENUE OFFICERS WERE ALERTED BY DETECTIVE FITZPATRICK WHO NOTICED A PERSON WANTED BY THE GUN VIOLENCE UNIT WITH PENDING DOMESTIC CHARGES. THE DEFENDANT WAS SITTING IN THE DRIVER'S SEAT OF PAPER REGISTRATION 4199-363 (SURRENDERED REGISTRATION KEB 3465) CAR RUNNING, KEYS IN THE IGNITION. UPON INVESTIGATION, DEFENDANT DID HAVE ONE LARGE BAG CONTAINING 6 SMALLER BAGS CONTAINING 3 GRAMS OF WHAT APPEARS TO BE CRACK COCAINE IN HIS RIGHT

| Printed Date: 04/26/2024 10:53 AM | | Page: 1 |
|---|---|---|



# BUFFALO PD
## POLICE REPORT
### NARCOTICS

Complaint

**21-0450426**

Report Date & Time
**02/14/2021  15:10**

SOCK. DEFENDANT NATHANIEL MYERS (DOB ███████) WAS ARREST.

*Officer:* **P3742 - FOLCKEMER** _____     *Supervisor:* - _____



# BUFFALO PD
# POLICE REPORT
## WEAPON

*Complaint*

**21-0450676**

*Report Date & Time*
02/14/2021  20:51

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| 47 OBERLIN AV | 'C' | | 02/14/2021 20:50 | Sunday | Multiple Dwelling |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: P3742 - FOLCKEMER
         D701 - CHRISTOPHER

Reporting: P3742 - FOLCKEMER
Supervisor:

## OFFENDER

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MYERS | NATHANIEL | | | | Black | M | 47 | N | N | PR |

| Address | | City | | State | Zip | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Home Phone | Work Phone | Cell Phone | Email | |
|---|---|---|---|---|
| | | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 5' 10" | 217 | BAL | BRO | M | | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 265.03-03 | F | C | 2 | CPW-2ND:LOADED FIREARM-OTHER THAN IN PERSONS HOME/BUSINESS | PR |
| PL | 220.03 | M | A | 7 | CRIM POSS CONTRL SUBST | PR |

## ARREST

| Arrest # | Name | | Date | Address |
|---|---|---|---|---|
| 264310 | MYERS, NATHANIEL . | | 02-14-2021 | 68 COURT ST  BUF |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Complaint | FOLCKEMER,WILLIAM/CHRISTOPHER,JOSEPH J - 172873 |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 265.03-03 | F | C | 2 | CPW-2ND:LOADED FIREARM-OTHER THAN IN PERSONS HOME/BUSINESS | 1 |
| PL | 220.03 | M | A | 7 | CRIM POSS CONTRL SUBST | 1 |

## PROPERTY

| Qty | Type | Description | Status | Make | Color | Model | Total Value | Report |
|---|---|---|---|---|---|---|---|---|
| 1 | Firearms | .380 CAL PISTOL | 06 - Seized | JIMENEZ | SILVER | JA380 | $159.00 | PR |
| | Group # | | Serial # 154054 | | | | | |
| 1 | Drugs/Narcotics | POWDERY | 06 - Seized | | WHITE | | $0.00 | PR |
| 1 | Firearms | UNMARKED RIFLE | 06 - Seized | | | | $300.00 | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 02/15/2021 02:44 | Typist: JAMES WOZNIAK | Officer: FOLCKEMER,WILLIAM R |
|---|---|---|---|

ON 02/14/2021, AT 2050 HOURS, AT 47 OBERLIN STREET LOWER APARTMENT, BUFFALO POLICE DEPARTMENT DID EXECUTE A SEARCH WARRANT ISSUED BY JUDGE CHRISTOPHER BURNS AT 47 OBERLIN STREET. ONCE SILVER HANDGUN WAS RECOVERED AS WELL AS A PLATE WITH RAZOR BLADES AND A WHITE POWDERY SUBSTANCE. ONE UNMARKED RIFLE WAS ALSO RECOVERED ON SCENE. THE HANDGUN WAS LOADED WITH TWO ROUNDS IN THE MAGAZINE. ALL ITEMS WERE SUBMITTED BY EVIDENCE. DEFENDANT IS A CONVICTED FELON ON JANUARY 11, 2010.

| Officer: P3742 - FOLCKEMER | Supervisor: - |
|---|---|



**RICI #: 05653316**
Caution Indicator:

**Agency Case #: 21-00335-91 (A)**

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

Report Date: 02/15/2021 01:18
Report Printed By: GIBBONS-GLINSKI, Kelly

## PERSON INFORMATION

NAME: **MYERS, Nathaniel**
DOB: AGE: **47**   SEX: **Male**   RACE: **Black**
HEIGHT: **5'10**   WEIGHT: **217**   BUILD: **Medium**   ETHNICITY: **Non-Hispanic**   SS #:
HAIR COLOR: **Bald**   HAIR TYPE:   EYE COLOR: **Brown**
EYE DEFECTS:   FACE:   SKIN TONE:
FACIAL FEATURES:   DISABILITY:
SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TELEPHONE:   MARITAL STATUS:
EDUCATION:   CITIZEN OF: **US**   PLACE OF BIRTH: **BUFFALO,NY NY**
RELIGION:   DRIVERS LICENSE #:   LICENSE STATE:
NYSID #: **06587573-R**   FBI #: **543909LA9**   MUG #: **177043**

## ARREST/OFFENSE INFORMATION

INCIDENT #: **21-0450676**   ARREST TYPE: **COMP - Complaint**   ARRESTING AGENCY: **BUF**
STATUS AT ARREST: **Held**   ARREST DATE/TIME: **02/14/2021 16:10**
CONDITION AT ARREST: **Appearing Normal**
ARRESTING OFFICER: **FOLCKEMER, WILLIAM R**
ASSISTING OFFICER: **CHRISTOPHER, Joseph**
ADDRESS OF ARREST: **68 COURT ST, BUF NY US**
PRIMARY ARREST CHARGE: **PL 265.03-03 CPW-2ND: LOADED FIREARM CF**   ATT: **N**

## BOOKING INFORMATION

CJTN #: **69564060-Z**   BOOKING STATUS: **Normal**   BAIL:
BOOKING START DATE/TIME: **02/14/2021 23:01**   BOOKING END DATE/TIME: **02/14/2021 23:11**
ITEM(S) SEIZED AT ARREST:
ARRAIGNMENT COURT: **NY014011J   CITY OF BUFFALO**
BOOKING COMMENTS: **MUG ID/NO WARRANTS**
   **DEF DID POSS LOADED FIREARM & DRUGS**
F/P'S TAKEN BY: **SPENCER, Janice**   DATE: **02/15/2021**
NCIC CLASS. BY:   DATE/TIME: **02/20/2001 06:13**

ARRESTEE SIGNATURE:

**Rolled Right Thumb**
NCIC CLASS: **22:DM:11:19:CO/ - 17:11:16:22:14/**

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| **PL 265.03-03 CPW-2ND: LOADED FIREARM CF** | **N** | **21-0450676** | | |
| **PL 220.03 CRIM POSS CONTRL SUBST-7TH AM** | **N** | **21-0450676** | | |

Docket Number_____

*CITY OF BUFFALO*                                    CD #:21-0450676
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York            )
vs.                                            )       *474*
**NATHANIEL MYERS  DOB:**  ███████████          )
█████████████████                              )       **INFORMATION / COMPLAINT**
                                               )
                                               )
                                               )

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the DEFENDANT of this action, and charge that on or about Sunday, February 14, 2021 at ████████████ in the CITY OF BUFFALO, County of ERIE, at about 04:10 PM, said DEFENDANT did commit the offense of:

### CPW-2ND:LOADED FIREARM

a class C FELONY contrary to the provisions of section 265.03, subsection(s) 03 of the Penal Law of the State of New York.

In that the defendant, at said date and time, knowingly was in criminal possession of a weapon in the second degree when such person possesses any loaded firearm. IN THAT THE DEFENDANT DID POSSESS A LOADED FIREARM, TO WIT:  JIMENEZ ARMS SILVER HANDGUN, MODEL #JA380, SERIAL #154054 LOADED WITH TWO ROUNDS.  OFFICERS EXECUTING A SEARCH WARRANT FOR 47 OBERLIIN, ISSUED BY THE HONORABLE JUDGE CHRISTOPHER BURNS FOR THE DEFENDANT WHO IS ON PAROLE FOR FELONY CONVICTION ON JANUARY 11, 2010.  LT. WILLIAM MACY WAS FIRST THROUGH THE DOOR.  DET. JOSEPH ACQUINO DID LOCATE SAID LOADED WEAPON IN A SHOE BOX ON THE TABLE IN THE DEFENDANT'S BEDROOM.  DET. AARON GERVASE DID MAKE SAID WEAPON SAFE AND CLEAR.  SAID WEAPON HAD TWO LIVE ROUNDS IN THE MAGAZINE.  DET. GERVASE DID SUBMIT SAID WEAPON INTO EVIDENCE.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
14th of February, 2021

Docket Number_____

*CITY OF BUFFALO*                                        CD #:**21-0450676**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York            )
                        vs.                    )
**NATHANIEL MYERS  DOB:**[REDACTED]            )      **INFORMATION / COMPLAINT**
[REDACTED]                                     )
                                               )
                                               )

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the
DEFENDANT of this action, and charge that on or about Sunday, February 14, 2021 at [REDACTED] in the
CITY OF BUFFALO, County of ERIE, at about 04:10 PM, said DEFENDANT did commit the offense of:

### CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE SEVENTH DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 220.**03 of** the Penal Law of the State of New
York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID KNOWINGLY AND
UNLAWFULLY  POSSESS A CONTROLLED SUBSTANCE.  IN THAT THE DEFENDANT DID HAVE
UNDER HIS CONTROL POWDER COCAINE.  OFFICERS EXECUTING A SEARCH WARRANT FOR 47
OBERLIN, ISSUED BY THE HONORABLE JUDGE CHRISTOPHER BURNS FOR THE DEFENDANT
WHO IS ON PAROLE FOR FELONY CONVICTION ON JANUARY 11, 2010. LT. WILLIAM MACY WAS
FIRST THROUGH THE DOOR. DET. AARON GERVASE DID RECOVER A PLATE WITH RAZOR
BLADE CONTAINING A WHITE POWDERY SUBSTANCE BELIEVED TO BE COCAINE FROM THE
TABLE IN THE DEFENDANT'S BEDROOM.  DET. GERVASE DID SUBMIT THE SAME INTO
EVIDENCE. rk

I, OFFICER WILLIAM FOLCKEMER, THROUGH MY TRAINING AND EXPERIENCE, I RECOGNIZED
THE WHITE POWDERY SUBSTANCE TO BE COCAINE.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED.
THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT
KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal
Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a
written instrument, to knowingly make a false statement, or to make a statement which such person does not believe
to be true.**

_____
                                    Complainant

Subscribed and sworn to me this
15th of February, 2021

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT: NATHANIEL MYERS        AFN: 21-00335-91

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF ARRESTING OFFICER: OFC WILLIAM FOLCKEMER
FUNCTION (S) PERFORMED: INVESTIGATED AND ARRESTED DEFENDANT, TRANSPORT

NAME OF ASSISTING OFFICER: OFC JOSEPH CHRISTOPHER
FUNCTION(S) PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, APPREHENDED, TRANSPORT

NAME OF ASSISTING OFFICER: DET. PAUL FITZPATRICK
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION

NAME OF ASSISTING OFFICER: DET ADAM WIGDORSKI
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION

NAME OF ASSISTING OFFICER: LT. WILLIAM MACY
FUNCTION PERFORMED: SUPERVISER

NAME OF ASSISTING OFFICER: OFC SEAN FORD
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION, SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER: DET. JOSEPH ACQUINO
FUNCTION PERFORMED: RECOVERED EVIDENCE

NAME OF ASSISTING OFFICER: DET. CHRISTOPHER SCHAFER
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION

NAME OF ASSISTING OFFICER: DET. NICOLE KRUG
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION

NAME OF ASSISTING OFFICER:  DET. AARON GERVASE
FUNCTION PERFORMED:  RECOVERED & SUBMITTED EVIDENCE, MADE WEAPON
SAFE AND CLEAR

NAME OF ASSISTING OFFICER: CIS BUFFALO ANDREW NOSTRANT
FUNCTION PERFORMED:  PHOTOS

OFFICER SIGNATURE: _____

DATE:  _____02-14-21_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **21-0450676**

The People of the State of New York

vs.

**NATHANIEL MYERS  DOB:** ███████
███████████

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE**  INTEND TO OFFER AT TRIAL:

**I.   STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐   1.  Written statement (attach copy)

☐   2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☒   3.  No statements were made          **Arresting Officers Initials:** _____

**II.   IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO FOLCKEMER, WILLIAM**
DATE: **2/14/2021**      PLACE: **WALDEN & OBERLIN**

☐   1.  Showup Identification
☐   2.  Photograph Identification
☐   3.  Line-up
☐   4.  Observation of defendant upon some other occasion relevant to case
☐   5.  Other (specify)

# ENTPortal - Data Check Results

**Printed: 2/14/2021 10:57:01 PM**

## SEARCH CRITERIA

```
         Last Name: MYERS
        First Name: NATHANIEL
    Middle Initial:
          Name Ext:
               DOB: ███████████
               Sex: M
              Race: U
```

## LOCAL WARRANT INFORMATION

```
------- Warrant Information ------------------------------------------
*** No Local Warrant Information ***
```

## NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA----------------------------------

***No Orders of Protection Found***
```

## DCJS Parole

```
-------DCJS PAROLE DATA-----------------------------------------------

***Parole Record***
              Name: MYERS, NATHANIEL
               DOB: ████████████  Sex: M
            Height: 5'10"  Weight: 185   Eye: BRO   Hair: GRY
             NYSID: 6587573
           Address: ███████████████████████

          Precinct:

   Statute Offense: 0602   Category: ASSAULT 2ND*
    Effective Date: 2020-07-21   Expiry Date: 10007-06-07
 Supervising Agency:   ORI:
  Sr Parole Officer: JORDAN,MERCEDES
    Parole Officer: WILLIAMS,BERNARD
           Phone #:
           Address:

            Caveat:
```

*Called - 7/14/21
Left msg.*

## DCJS/NCIC Person (by Person)

```
-------DCJS PERSON DATA-----------------------------------------------

***No *DCJS* Person Records Found***


-------NCIC PERSON DATA-----------------------------------------------

***No *NCIC* Person Records Found***

1L011234567891011
NY0140100

NO NCIC WANT NAM/MYERS,NATHANIEL DOB/19730413 RAC/U SEX/M EBS/1
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
```

**DCJS Probation**

```
.-------DCJS PROBATION DATA-------------------------------------------
```

***No Probation Records Found***

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

P-32

CD No. __21-045-0676__
AFN __21-00335-91__

| DEFENDANT: NATHANIEL MYERS | DOB: ▮▮▮ | Date Of Arrest: 02-14-21 |
|---|---|---|

Co-DEFENDANTS:

| 1. | | DOB: |
|---|---|---|
| 2. | | DOB: |
| 3. | | DOB: |

| 1. Officer in charge of case:  OFC WILLIAM FOLCKEMER | Assignment: E-DIST |
|---|---|

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
|    Address | | | | |
|    Phone | | | | |
| 3. Name | | | | |
|    Address | | | | |
|    Phone | | | | |
| 4. Name | | | | |
|    Address | | | | |
|    Phone | | | | |
| 5. Name | | | | |
|    Address | | | | |
|    Phone | | | | |

### Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| Disp. Date: | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1. 265.03-3 | | | | |
| 2. 220.03 | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

| | | | |
|---|---|---|---|
| 710.30  ( ) | Lab  ( ) | Local/NYSISS  ( ) | MV-104  ( ) |
| Supporting Dep.  ( ) | Medicals  ( ) | DMV  ( ) | Readiness  ( ) |
| Forensic Req.  ( ) | Breath Documents  ( ) | Albany  ( ) | **Domestic Violence**  ( ) |

# ARREST DATA FORM

177043

NY MR W74 B

PROPERTY: ☐ YES ☐ NO

MONEY: $ _____

DATE: 2/14/2021    INCIDENT NUMBER: 21-044-5067   PCN: _____   AFN: 21-00335-91

DEFENDANT'S NAME: _____ Myers _____ Nathaniel _____ C _____
(LAST)                    (FIRST)              (M)

DATE OF BIRTH: ███████  AGE: 47  PLACE OF BIRTH: Buffalo

ARRESTING OFFICER: W. Folckemer    ASSISTING OFFICER: J. Christopher

DIST.: E    ASSIGNMENT: 242/231    ARREST DATE: 2/14/2021    ARREST TIME: 1610

ADDRESS OF ARREST: 68 Court St

CHARGES: PL 265.03(3)   PL 220.(3)

NARRATIVE: On todays date time and location at 2050 Hk, BPD did
Execute a Search warrant issued by Honorable Judge Christopher
Burns at 47 Oberlin St. One silver handgun (Jiminez Arms
JA380 serial 154054) was recovered as well as a plate with
razor blazes and a white powdery substance. One unmarked rifle was
also recovered on Scene. The handgun was loaded with two rounds. All items
submitted by evidence. Def is a convicted felon on Jan 11, 2010.

DEFENDANT'S STREET NAME/ALIASES: _____

DEFENDANT'S ADDRESS: ███████

CITY: Buffalo    STATE: NY    ZIP CODE: 14211    US CITIZEN: ☒ YES ☐ NO

SOCIAL SECURITY NUMBER: _____    MARITAL STATUS: _____    OCCUPATION: _____

DEFENDANT'S SEX: M    HEIGHT: 5'10"    WEIGHT: 217    BUILD: med    EYE COLOR: BRN

HAIR COLOR: Bald    SKIN TONE: Med    RACE: black    ETHNICITY: Non-hisp

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES ☒ NO (IF YES, ATTACH COPY)  REPORT TECH. INITIALS: _____    SATISFACTORY ID: ☒ YES ☐ NO  MUG ID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES? ☐ YES ☒ NO
(IF YES, WHERE?): _____

COMPLAINANT'S NAME: SONY    RELATIONSHIP: none

USE OF FORCE? ☐ YES ☒ NO  (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☐ YES ☒ NO  PLATE #: _____    LOCATION: _____

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☐ YES ☒ NO

   If yes, describe injury, any bandages, stitches etc. _____

   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest? ☐ YES ☒ NO

   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

# 2020 Health Surveillance Screening

**Name:** Nathaniel Myers                    **DOB:** ████████

**Address:** ████████████████████

**Phone No.:** _____ **E-Mail Address:** _____

|  | **YES** | **NO** |
|---|---|---|

1. Have you travelled outside the US in the last 14 days ☐ ☒

   IF YES, where did you travel : _____

2. Have you had any contact with anyone who travelled outside the US in the past 14 days? ☐ ☒

   IF YES, where did they travel: _____

3. Have you had any contact with anyone with flu-like symptoms in the past 14 days? ☐ ☒

4. Does anyone in your household have a fever or flu-like symptoms?

5. Do you have a fever? ☐  Chills? ☐  Persistent cough? ☐

   Breathing Difficulty/Shortness of breath? ☐  (check all that apply)

   Screening temperature: _____

6. Have you come in contact with, or do you know someone who has been diagnosed with Covid 19? ☐ ☒

As of 3/8/2020 the screening countries are:
**Japan, South Korea, Iran, China, Italy**

- **A POSITVE SCREENING is:  If subject has a fever (100 or above) and has travelled or been in contact with anyone from the above countries.**

PROCEDURE OF A POSITIVE SCREENING:

1. LT MUST be notified.

2. LT will call the Erie County Health Department at 716-858-7697 or (after hours 716-961-7898)

3. Provide the name, address, gender, DOB of the subject along with exactly what was stated at screening

4. If the Health Department authorizes entry, a mask shall be placed on the prisoner and the prisoner shall be brought into CCB to be processed.  He/she will then be placed in a single cell.

AOA file no. _____

## CITY OF BUFFALO DEPARTMENT OF POLICE
## CRIME AND INCIDENT RECORDS UNIT

## APPREHENSION FOR OUTSIDE AGENCIES

**TO:  BUFFALO CITY COURT**          DATE: _2/14/21_

**Please be advised that**

_Myers, Nathaniel_                         _21-00335-91_
Last, First, MI                            Buffalo Agency File No.

is also wanted by the following:

_Parole_                                   _834035_
Agency                                     Warrant Number

_____                    _____
Agency                                     Warrant Number

_____                    _____
Agency                                     Warrant Number

_____                    _____
Agency                                     Warrant Number

# DO NOT RELEASE AFTER ARRAIGNMENT

Genevieve A. Lyon, Lieutenant
Buffalo Police Department
Crime and Incident Records Unit

STATE OF NEW YORK
## DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION



834035

### WARRANT FOR RETAKING AND DETAINING A PAROLED OR CONDITIONALLY RELEASED PERSON OR A PERSON RELEASED TO POST-RELEASE SUPERVISION AND/OR STRICT AND INTENSIVE SUPERVISION AND TREATMENT

TO ANY PAROLE OFFICER, PEACE OFFICER OR ANY OFFICER authorized to serve criminal or civil process and to the superintendent or other person in charge of any jail, penitentiary, lockup or other place of detention in the State of New York, any other state, or other jurisdiction:

Having reasonable cause to believe that **MYERS, NATHANIEL**

NYSID #      **10B0575**    DIN #    a person under the supervision of the

<u>**New York State Department of Corrections and Community Supervision**</u> has violated his/her release agreement, and/or conditions of strict and intensive supervision and treatment, or has lapsed, or is probably about to lapse, into criminal ways or company, now, therefore, pursuant to the provisions of Article 12B of the Executive Law and the Rules and Regulations of the Board of Parole, and/or Article 10 of the Mental Hygiene Law, I hereby order that said person be retaken and placed in detention to await the action of the New York State Department of Corrections and Community Supervision or a court of competent jurisdiction and for so doing, this shall be your sufficient warrant.

**Violation of Strict and Intensive Supervision and Treatment**    ☐

**Violation of Parole, Conditional Release or Post Release Supervision**    ☒

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

SPO

Per:

NY NY    Dated at: 2/15/21

Form 4054CS (Rev. 12/2015)



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## Facsimile Transmittal Sheet

**TO:** Buffalo City Booking    716-851-5199

**FROM:** P.O. Sutherland

**RE:** Myers, Nathaniel          **NYSID #** ███████

**DATE:** 2/15/2021          **# of pages incl. Cover page:** 2

**COMMENTS:** Please see attached parole warrant # 834035 to be used as a detainer for subject.

---

**CONFIDENTIALITY NOTICE:**
This transmission may contain confidential or privileged information, which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. If you have received this transmission in error, please make notification by calling at 212.239.6159.

---



**RICI #:** 05653316                          **Agency Case #:** 21-00163-98 (A)

**Caution Indicator:**

**BUFFALO POLICE DEPARTMENT**                 Report Date: 02/15/2021 01:39
ARRESTING/BOOKING REPORT                      Report Printed By: GIBBONS-GLINSKI, Kelly

## ─── PERSON INFORMATION ───

NAME: **MYERS, Nathaniel**

DOB: ▮▮▮▮ AGE: **47** SEX: **Male** RACE: **Black**

HEIGHT: **5'10** WEIGHT: **217** BUILD: **Medium** ETHNICITY: **Non-Hispanic** SS #:

HAIR COLOR: **Bald** HAIR TYPE: EYE COLOR: **Brown**

EYE DEFECTS: FACE: SKIN TONE: **Medium**

FACIAL FEATURES: DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HOME TELEPHONE: MARITAL STATUS:

EDUCATION: CITIZEN OF: **US** PLACE OF BIRTH: **BUFFALO,NY NY**

RELIGION: DRIVERS LICENSE #: LICENSE STATE:

NYSID #: **06587573-R** FBI #: **543909LA9** MUG #: **177043**

## ─── ARREST/OFFENSE INFORMATION ───

INCIDENT #: **21-0410537** ARREST TYPE: **COMP - Complaint** ARRESTING AGENCY: **BUF**

STATUS AT ARREST: **Held** ARREST DATE/TIME: **02/14/2021 16:10**

CONDITION AT ARREST: **Appearing Normal**

ARRESTING OFFICER: **FOLCKEMER, WILLIAM R**

ASSISTING OFFICER: **CHRISTOPHER, Joseph**

ADDRESS OF ARREST: **68 COURT, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 120.00-01 ASLT 3-W/INT CAUSE PHYS INJURY AM**                ATT: **N**

## ─── BOOKING INFORMATION ───

CJTN #: **69564071-N** BOOKING STATUS: **Normal** BAIL:

BOOKING START DATE/TIME: **02/14/2021 23:12** BOOKING END DATE/TIME: **02/14/2021 23:29**

ITEM(S) SEIZED AT ARREST:

ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**

BOOKING COMMENTS: **NO WARRANTS NYSID CW**
**DEF DID ASSAULT AND THREATEN THE VICTIM**

F/P'S TAKEN BY: **WIPPERMAN, Cheryl** DATE: **02/15/2021**

NCIC CLASS. BY: DATE/TIME: **02/20/2001 06:13**

ARRESTEE SIGNATURE:

**Rolled Right Thumb**
NCIC CLASS: **22:DM:11:19:CO/ - 17:11:16:22:14/**

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 120.00-01 ASLT 3-W/INT CAUSE PHYS INJURY AN | N | 21-0410537 | | |
| PL 120.14-01 MENACING-2ND:WEAPON AM | N | 21-0410537 | | |
| PL 121.11-A CRIM OBSTRUC BREATH/APLY PRESS | N | 21-0410537 | | |
| PL 155.25 PETIT LARCENY AM | N | 21-0410537 | | |
| PL 240.26-01 HARASSMENT-2ND:PHYSICAL CNTACT | N | 21-0410537 | | |

Page   1 of 1

4I5

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**21-0410537**

The People of the State of New York )
vs. )
**NATHANIEL MYERS DOB:** ▮▮▮▮▮ )
▮▮▮▮▮▮▮▮ )
)
)

**INFORMATION / COMPLAINT**

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the DEFENDANT of this action, and charge that on or about Wednesday, February 10, 2021 at 58 OBERLIN AV in the CITY OF BUFFALO, County of ERIE, at about 04:31 PM, said DEFENDANT did commit the offense of:

**PETIT LARCENY**

a class A MISDEMEANOR contrary to the provisions of section 155.**25 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID STEAL PROPERTY. IN THAT THE DEFENDANT, NATHANIEL MYERS, DID HAVE IN HIS POSSESSION AND UNDER HIS CONTROL LANDRIA LOWMACK'S CAR KEYS. IN THAT THE DEFENDANT DID ENGAGE IN A VERBAL ARGUMENT WITH THE COMPLAINANT THAT DID TURN PHYSICAL. THE DEFENDANT DID THEN TAKE HER CAR KEYS AND RUN, HAVING NO PERMISSION FROM THE COMPLAINANT TO TAKE THEM.

CW

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE AND UPON INFORMATION AND BELIEF WITH THE SOURCE OF THE COMPLAINANT'S INFORMATION AND THE GROUNDS FOR HIS BELIEF BEING THE FACTS CONTAINED IN THE ATTACHED SUPPORTING DEPOSITION OF LANDRIA D. LOWMACK.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
15th of February, 2021

Docket Number_____

*CITY OF BUFFALO*                                    CD #:**21-0410537**
*COUNTY OF ERIE STATE OF NEW YORK*

| | |
|---|---|
| The People of the State of New York )<br>vs. )<br>**NATHANIEL MYERS  DOB:** ███████ )<br>████████████ )<br> )<br> ) | **INFORMATION / COMPLAINT** |

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the DEFENDANT of this action, and charge that on or about Wednesday, February 10, 2021 at 58  OBERLIN AV in the CITY OF BUFFALO, County of ERIE, at about 04:31 PM, said DEFENDANT did commit the offense of:

### CRIM OBSTRUCTION BREATHING/BLOOD CIRCULATION -APPLY PRESSURE

a class A  MISDEMEANOR contrary to the provisions of section 121.**11, subsection(s)** A of the Penal Law of the State of New York.

THE SAID DEFENDANT AT THE AFORESAID TIME AND PLACE, DID  WITH INTENT TO IMPEDE NORMAL BREATHING OR CIRCULATION OF THE BLOOD OF ANOTHER PERSON, APPLY PRESSURE ON THE THROAT OR NECK OF SUCH PERSON. IN THAT THE DEFENDANT, NATHANIEL MYERS,  DID WITH INTENT TO IMPEDE THE NORMAL BREATHING OR CIRCULATION OF THE BLOOD OF LANDRIA LOWMACK, HE APPLIED PRESSURE  WITH BOTH HANDS AROUND HER NECK AND DID PRESS DOWN, CAUSING HER TO HAVE DIFFICULTY BREATHING.

CW

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE AND UPON INFORMATION AND BELIEF WITH THE SOURCE OF THE COMPLAINANT'S INFORMATION AND THE GROUNDS FOR HIS BELIEF BEING THE FACTS CONTAINED IN THE ATTACHED SUPPORTING DEPOSITION OF LANDRIA D. LOWMACK.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
15th of February, 2021

Docket Number_____

*CITY OF BUFFALO*                                    CD #:**21-0410537**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York              )
vs.                                              )
**NATHANIEL MYERS  DOB:**                         )        **INFORMATION / COMPLAINT**
                                                 )
                                                 )
                                                 )

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the DEFENDANT of this action, and charge that on or about Wednesday, February 10, 2021 at 58  OBERLIN AV in the CITY OF BUFFALO, County of ERIE, at about 04:31 PM, said DEFENDANT did commit the offense of:

### ASSAULT IN THE THIRD DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 120.**00, s**ubsection(s) 01 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSED SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON.
IN THAT THE DEFENDANT, NATHANIEL MYERS, DID WITH INTENT TO CAUSE PHYSICAL INJURY TO LANDRIA LOWMACK BY PUNCHING HER IN THE FACE MULTIPLE TIMES CAUSING PAIN AND INJURY TO HER.  SAID ACTIONS CAUSING SUBSTAINIAL PAIN, SWELLING AND BRUISING TO LANDRIA LOWMACK.

CW

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE AND UPON INFORMATION AND BELIEF WITH THE SOURCE OF THE COMPLAINANT'S INFORMATION AND THE GROUNDS FOR HIS BELIEF BEING THE FACTS CONTAINED IN THE ATTACHED SUPPORTING DEPOSITION OF LANDRIA D. LOWMACK.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                          Complainant

Subscribed and sworn to me this
15th of February, 2021

Docket Number_____

*CITY OF BUFFALO*                                    CD #:**21-0410537**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York        )
vs.        )
**NATHANIEL MYERS  DOB:** ███████        )        **INFORMATION / COMPLAINT**
███████████████████        )
        )
        )

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the DEFENDANT of this action, and charge that on or about Wednesday, February 10, 2021 at 58 OBERLIN AV in the CITY OF BUFFALO, County of ERIE, at about 04:31 PM, said DEFENDANT did commit the offense of:

### HARASSMENT IN THE SECOND DEGREE

a  VIOLATION contrary to the provisions of section 240.**26, subsection(s)** 01 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, DID  STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPTS OR THREATENS TO DO THE SAME.
IN THAT THE DEFENDANT, NATHANIEL MEYERS, DID WITH INTENT TO HARASS, ANNOY AND ALARM LANDRIA LOWMACK, BY ENGAGING IN A VERBAL ARGUMENT AND PUNCHING HER IN THE FACE MULTIPLE TIMES CAUSING PAIN AND INJURY. SAID ACTIONS DID CAUSE THE COMPLAINANT TO BE HARASSED, ANNOYED AND ALARMED.

CW

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE AND UPON INFORMATION AND BELIEF WITH THE SOURCE OF THE COMPLAINANT'S INFORMATION AND THE GROUNDS FOR HIS BELIEF BEING THE FACTS CONTAINED IN THE ATTACHED SUPPORTING DEPOSITION OF LANDRIA D. LOWMACK.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this

Feb 15, 2021

Docket Number_____

*CITY OF BUFFALO*                                                    CD #:21-0410537
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York          )
                    vs.                       )
**NATHANIEL MYERS  DOB:** [REDACTED]          )          **INFORMATION / COMPLAINT**
        [REDACTED]                            )
                                              )
                                              )

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the
DEFENDANT of this action, and charge that on or about Wednesday, February 10, 2021 at 58  OBERLIN AV in
the CITY OF BUFFALO, County of ERIE, at about 04:31 PM, said DEFENDANT did commit the offense of:

### MENACING IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 120.**14**, subsection(s) 01 of the Penal Law of
the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID INTENTIONALLY  PLACE OR
ATTEMPTED TO PLACE ANOTHER PERSON IN REASONABLE FEAR OF PHYSICAL INJURY,
SERIOUS PHYSICAL INJURY OR DEATH BY DISPLAYING A DEADLY WEAPON, A DANGEROUS
INSTRUMENT OR WHAT APPEARS TO BE A PISTOL, REVOLVER, RIFLE, SHOTGUN, MACHINE
GUN, OR OTHER FIREARM. 120.14-1  MENACING 2ND DEGREE

A person is guilty of menancing in the second degree when he or she intentionally places or attempts to place
another person in reasonable fear of physical injury, serious physical injury or death by displaying a deadly
weapon, dangerous instrument or what appears to be a pistol, revolver, rifle, shotgun, machine gun or other
firearm.

IN THAT THE DEFENDANT, NATHANIEL MYERS, DID INTENTIONALLY PLACE LANDRIA
LOWMACK IN FEAR OF DEATH BY DISPLAYING A DEADLY WEAPON, TO WIT, A SILVER
HANDGUN. IN THAT THE DEFENDANT DID ENGAGE IN A VERBAL ARGUMENT WITH THE
COMPLAINANT AND DID PLACE A SILVER HANDGUN TO HER HEAD, THREATENING TO KILL
HER.  SAID ACTIONS DID PLACE THE COMPLAINANT IN REASONABLE FEAR OF SERIOUS
PHYSICAL INJURY OR DEATH WITH A DEADLY WEAPON.

CW

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED.
THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT
KNOWLEDGE AND UPON INFORMATION AND BELIEF WITH THE SOURCE OF THE
COMPLAINANT'S INFORMATION AND THE GROUNDS FOR HIS BELIEF BEING THE FACTS
CONTAINED IN THE ATTACHED SUPPORTING DEPOSITION OF LANDRIA D. LOWMACK.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal
Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a**

**New York State DOMESTIC INCIDENT REPORT**

| Agency: Buffalo Police Department | A | | ORI: 01401 | Incident # |
|---|---|---|---|---|

| Reported Date (MM/DD/YYYY): 02 / 10 / 2021 | Time (24 hours): 1627 | Occurred Date (MM/DD/YYYY): 02 / 10 / 2021 | Time (24 hours): 1620 | ☐ Officer Initiated  ☒ Radio Run  ☐ Walk-In  ☐ ICAD (NYC) | Complaint # 21-041-0537 |

Address (Street No., Street Name, Bldg. No., Apt No.): 58 Oberlin Ave.    City, State, Zip: Buffalo NY 14266

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases): Laurbook, Lundria N.

DOB (MM/DD/YYYY): [redacted]  Age: 43  ☒ Female ☐ Male ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.):

Victim Phone Number: [redacted]  Language: English

City, State, Zip:    ☐ White ☒ Black ☐ Asian ☐ American Indian ☐ Other    ☐ Hispanic ☒ Non Hispanic ☐ Unknown  ☐ Other Identifier:

How can we safely contact you? (i.e. Name, Phone, Email): [redacted]

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): Meyers, Nathaniel C.

DOB (MM/DD/YYYY): [redacted]  Age: 46  ☐ Female ☒ Male ☐ Self-Identified:

Address (Street No., Street Name, Bldg. No., Apt No.):

Suspect Phone Number: N - NA  Language: English

City, State, Zip: [redacted]    ☐ White ☒ Black ☐ Asian ☐ American Indian ☐ Other    ☐ Hispanic ☐ Non Hispanic ☒ Unknown  ☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☒ No | Suspect/P2 present? ☐ Yes ☒ No | Was suspect injured? ☐ Yes ☐ No If yes describe: Unknown | Possible drug or alcohol use? ☐ Yes ☐ No | Suspect supervised? ☐ Probation ☒ Parole  ☐ Not Supervised ☐ Status Unknown |

Suspect (P2) Relationship to Victim (P1) ☐ Married ☒ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:    Do the suspect and victim have a child in common? ☐ Yes ☐ No

**Victim Interview**

Emotional condition of VICTIM? ☒ Upset ☐ Nervous ☒ Crying ☐ Angry ☐ Other:

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident? _He choked me, punched me in my face and put a gun to my head_

Did suspect make victim fearful? ☒ Yes ☐ No If yes, describe:

Weapon Used? ☒ Yes ☐ No Gun: ☒ Yes ☐ No Other, describe: Silver Handgun

Access to Guns? ☒ Yes ☐ No If yes, describe: Has a Silver Handgun .380

Suspect Threats? ☒ Yes ☐ No If yes, Threats to: ☒ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

Injured? ☒ Yes ☐ No If yes, describe: Swollen face / Sore Throat

In Pain? ☒ Yes ☐ No If yes, describe:

Strangulation? ☒ Yes ☐ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☒ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing

Visible Marks? ☒ Yes ☐ No If yes, describe: Swollen face

**Suspect**

What did the SUSPECT say (Before and After Arrest):

710.30 completed? ☐ Yes ☐ No

**Witnesses**

| Child/Witness (1) Name (Last, First, M.I.): | DOB: | Child/Witness (1) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |
| Child/Witness (2) Name (Last, First, M.I.): | DOB: | Child/Witness (2) Address (Street No., Name, Bldg./Apt): | City, State, Zip: | Phone: |

**Incident**

Briefly describe the circumstances of this incident:

P1 states she was in her vehicle parked outside of 58 Oberlin with P2. P1 states after a verbal argument P2 did began to choke P1. P2 did place both hands around P1 neck and did press down. P1 states that P2 did punch P1 in the face multiple times causing pain and injury. P1 states that P2 did place a silver handgun to P1 head and did say he was going to kill her. P2 did flee the Scene.

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☐ No | Order of Protection in effect? ☐ Yes ☐ No ☐ Refrain ☐ Stay Away |

**Offense**

| Evidence Present? ☐ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☐ No If yes, Describe: |

| Offense Committed? ☐ Yes ☐ No | Was suspect arrested? ☐ Yes ☐ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221-03/2016 DCJS Copyright © 2016 by NYS DCJS

02-14-...

| Agency | B | ORI | Incident # | Complaint # |
|---|---|---|---|---|
| Buffalo Police Department | | 01401 | 21·041·0637 | |

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: (    )

**Has Suspect ever:**

Threatened to kill you or your children? ☒ Yes ☐ No

Strangled or "choked" you? ☒ Yes ☐ No

Beaten you while you were pregnant? ☐ Yes ☒ No

Is suspect capable of killing you or children? ☒ Yes ☐ No

Is suspect violently and constantly jealous of you? ☒ Yes ☐ No

Has the physical violence increased in frequency or severity over the past 6 months? ☒ Yes ☐ No

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☒ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☒ Yes ☐ No  if NO, Why:

Was Victim Rights Notice given to the Victim? ☒ Yes ☐ No If NO, Why:

Signatures:

Reporting Officer (Print and Sign Include Rank and ID#)
P. Massie    PO 174204

Supervisor (Print and Sign Include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I.)
Nathaniel Myers Jr.

I Candeiu Lownall (Victim/Deponent Name) state that on 2 / 10 / 2021 (Date)

at 58 Oberlin (Location of incident) in the County/City/Town/Village Bflo

of the State of New York, the following did occur:

he choked me, punched me in the face, pulled out a gun put it too my head & said he would kill me! He continued to punch me in my head. he also took my car keys and ran with them

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.    (Use additional page as needed)

Victim/Deponent Signature

Witness or Officer Signature

Date 2/10/21

Date 2/20/2021

Interpreter Signature and Interpreter Service Provider Name
Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

Date

**Note:**
Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2
Of
2

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT: <u>NATHANIEL MYERS</u>
AFN # <u>21-0016398</u>

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITMES OF AN EVIDENTARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVLOVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPERESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF ARRESTING OFFICER: OFFICER WILLIAM FOLCKEMER
FUNCTIONS PERFORMED: INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST

NAME OF ASSISTING OFFICER: OFFICER JOSEPH CHRISTOPHER
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, APPREHENDED

NAME OF ASSISTING OFFICER: DETECTIVE PAUL FITZPATRICK
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST,

NAME OF ASSISTING OFFICER: DETECTIVE PETER MILLER
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST,

NAME OF ASSISTING OFFICER: LT. COURTNEY TRIPP
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, SUPERVISED

NAME OF ASSISTING OFFICER: OFFICER PETER MASSICI
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, DOMESTIC INCIDENT REPORT

NAME OF ASSISTING OFFICER: OFFICER SEAN FORD
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, SUBMITTED EVIDENCE, P-10'D

NAME OF ASSISTING OFFICER:  DETECTIVE ADAM WIGDORSKI
 FUNCTIONS PERFORMED:  ASSISTED WITH INVESTIGATION AND ARREST,
INVESTIGATE

NAME OF ASSISTING OFFICER:
FUNCTIONS PERFORMED:  ASSISTED WITH INVESTIGATION AND ARREST,

NAME OF ASSISTING OFFICER:
FUNCTIONS PERFORMED:  ASSISTED WITH INVESTIGATION AND ARREST,

OFFICER PRINTED NAME:  _William Folkemer_

OFFICER SIGNATURE:  _____

DATE:  _2/15/2021_

Docket Number_____

*CITY OF BUFFALO*                          CD #: **21-0410537**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York                )
                                                   )
vs.                                                )      **NOTICE TO DEFENDANT OF**
                                                   )      **INTENTION TO OFFER EVIDENCE**
**NATHANIEL MYERS  DOB:** ▮▮▮▮▮▮▮              )      **AT TRIAL (CPL 710.30 AND 700.70)**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      )
                                                   )

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I.  STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☐  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☒  3.  No statements were made                  **Arresting Officers Initials:** _____

**II.  IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **LOWMACK, LANDRIA D.**
DATE: **2/14/2021**     PLACE: **WALDEN @ OBERLIN**

☐  1.  Showup Identification
☐  2.  Photograph Identification
☐  3.  Line-up
☐  4.  Observation of defendant upon some other occasion relevant to case
☒  5.  Other (specify) **KNOWN TO VICTIM**

# City Of Buffalo – Department Of Police

**Central Booking Bureau**
**Defendant Information**

*P-32*

Docket No.
CD No. __21-0410537__
AFN __21-0016398__

| DEFENDANT: NATHANIEL MYERS | DOB: █████ | Date Of Arrest: 2-14-2021 |
|---|---|---|

**Co-DEFENDANTS:**

| | | |
|---|---|---|
| 1. | | DOB: |
| 2. | | DOB: |
| 3. | | DOB: |

1. Officer in charge of case: **OFFICER WILLIAM FOLCKEMER** | Assignment: E

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name LANDRIA LOWMACK | | | | |
| Address ████ | | | | |
| Phone ████ | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: | | Defense Attorney | Type | Bail Status | Judge | | ADA |
|---|---|---|---|---|---|---|---|
| Disp. Date: | | | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1. PL 240.26-1 | | | | |
| 2. PL 120.00-1 | | | | |
| 3. PL 121.11-1A | | | | |
| 4. PL 120.14-1 | | | | |
| 5. PL 155.25 | | | | |
| 6. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 710.30 ( ) | Lab ( ) | Local/NYSISS ( ) | | MV-104 ( ) |
| Supporting Dep. ( ) | Medicals ( ) | DMV ( ) | | Readiness ( ) |
| Forensic Req. ( ) | Breath Documents ( ) | Albany ( ) | | **Domestic Violence** ( ) |

# BUFFALO PD
### 68 COURT STREET
### BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: **45895**

Date: **02/14/2021**

---

Name: **MYERS, NATHANIEL**

DOB: ████████

Address: ████████████

Arresting Officer(s): **PO W. FOLCKEMER**

Arrest #: **264311**          Complaint #: **21-0410537**

Remarks:

---

PROPERTY LIST:          CASH: **$307.00**

**2 NYS ID**
**HAT**
**BELT**
**LACES**
**KEYS**

---

Property #:          Recieved By:

Placed In:

---

| PROPERTY RECEIVED | PROPERTY RETURNED |
|---|---|
| Date: **02/14/2021**   Time: **00:00** | Date: _____ Time: _____ |
| | ** I have received the above property. |

_Nate Myers_

Prisoner's Signature          Prisoner's Signature

Officer's Signature          Officer's Signature

---

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)                          **BUFFALO POLICE DEPARTMENT**          DISTRICT OF ARREST: _B_

ORI# 1501                                    **ARREST DATA FORM**                  PROPERTY: ☐ YES  ☐ NO

_117043_
_2 of 3_                              _HMS_                                      MONEY: $ _____

DATE: _2/14/2021_   INCIDENT NUMBER: _21-0416537_  RICH: _056653316_  AFN _21-0016398_

DEFENDANT'S NAME: _Myers_ _____ _Nathaniel_ _____ _C_
                        (LAST)              (FIRST)                (M)

DATE OF BIRTH: ▬▬▬▬▬   AGE: _47_   PLACE OF BIRTH: _Buffalo_

ARRESTING OFFICER: _W. Folckemer_   ASSISTING OFFICER: _J. Christopher_

DIST.: _E_   ASSIGNMENT: _242/231_   ARREST DATE: _2/14/2021_   ARREST TIME: _1610_

ADDRESS OF ARREST: _68 Court St_

CHARGES: _PL -240.26(1)  PL 120.00(1)  PL 120.11(1a)  PL 120.14(1)_
_PL 155.25_

NARRATIVE: _While on routine patrol, Officers were alerted by Det. Fitzpatrick that a person_
_with outstanding domestic charges and wanted by the Gun Violence Unit sitting in the_
_drivers seat of paper reg 4199-363 (Surrendered reg KEB3445) in the lot at Oberlin_
_and Walden. Def was arrested on the above incident date from the initial call_
_of 21-0450426on which def did choke and punch victim causing_
_injury. Def did then threaten to kill victim by pointing a silver pistol at her head. Def_
_did then take victims car keys and left the scene._

DEFENDANT'S STREET NAME/ALIASES:

DEFENDANT'S ADDRESS: ▬▬▬▬▬▬▬▬▬▬▬▬

CITY: ▬▬▬▬   STATE: ▬▬▬   ZIP CODE: ▬▬▬   US CITIZEN: ☒ YES  ☐ NO

SOCIAL SECURITY NUMBER: _____   MARITAL STATUS: _____   OCCUPATION: _____

DEFENDANT'S SEX: _M_   HEIGHT: _5'10"_   WEIGHT: _217_   BUILD: _med_   EYE COLOR: _bro_

HAIR COLOR: _Bald_   SKIN TONE: _medium_   RACE: _black_   ETHNICITY: _non-hisp_

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY)  REPORT TECH. INITIALS: _CW_   SATISFACTORY ID: ☒ YES  ☐ NO
                                                                                        _NYS FID_

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?  ☐ YES  ☒ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _Sony Landria Lawbrook_   RELATIONSHIP: _gf_

USE OF FORCE?  ☐ YES  ☒ NO  (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES  ☐ NO  PLATE #: _4199-363_   LOCATION: _Walden @ Oberlin_

**TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)**

1. Are you injured?  ☐ YES  ☒ NO

   If yes, describe injury, any bandages, stitches etc. _____

   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest?  ☐ YES  ☒ NO

   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: _Cheryl Philips_   EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

## G.I.V.E. GRANT

### Arrest Information

**Gang Information**

Questions:

Are you a member of a gang?      ☐ YES      ☐ NO

If yes, name of gang: _____

Do you have information about any crime that you are willing to give to a Detective?   ☐ YES   ☐ NO

Weapon(s) recovered?:  ☐ YES  ☐ NO    If yes, type: _____

Drug(s) recovered?:  ☐ YES  ☒ NO   If yes, type: _____  Amount Seized: _____

Any assets seized?:   ☐ YES  ☐ NO

If yes, type of assets: _____

_____

_____

## DETECTIVE BUREAU ONLY

Arrestee interviewed by: _____
Detective's Name                    Detective's Assignment

Search Warrant executed?:  ☒ YES  ☐ NO   Reason for search: _____

Re: Narcotic Arrest

      ☐ on the street               ☐ inside a building/structure

4176



| **RICI #:** 05653316 | **Agency Case #:** 21-00164-98 (A) |
|---|---|

**Caution Indicator:**

# BUFFALO POLICE DEPARTMENT
## ARRESTING/BOOKING REPORT

Report Date: 02/15/2021 01:44
Report Printed By: GIBBONS-GLINSKI, Kelly

## ─── PERSON INFORMATION ───

NAME: **MYERS, Nathaniel**

DOB: ███████  AGE: **47**  SEX: **Male**  RACE: **Black**

HEIGHT: **5'10**  WEIGHT: **217**  BUILD: **Medium**  ETHNICITY: **Non-Hispanic**  SS #:

HAIR COLOR: **Bald**  HAIR TYPE:  EYE COLOR: **Brown**

EYE DEFECTS:  FACE:  SKIN TONE: **Medium**

FACIAL FEATURES:  DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: ████████████████

HOME TELEPHONE:  MARITAL STATUS:

EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRTH: **BUFFALO,NY NY**

RELIGION:  DRIVERS LICENSE #:  LICENSE STATE:

NYSID #: **06587573-R**  FBI #: **543909LA9**  MUG #: **177043**

## ─── ARREST/OFFENSE INFORMATION ───

INCIDENT #: **21-0450426**  ARREST-TYPE: **CIP - Crime in Progress**  ARRESTING AGENCY: **BUF**

STATUS AT ARREST: **Held**  ARREST DATE/TIME: **02/14/2021 16:10**

CONDITION AT ARREST: **Appearing Normal**

ARRESTING OFFICER: **FOLCKEMER, WILLIAM R**

ASSISTING OFFICER: **CHRISTOPHER, Joseph**

ADDRESS OF ARREST: **68 COURT, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 220.16-01 CPCS-3RD:NARC DRUG INT/SELL BF**  ATT: **N**

## ─── BOOKING INFORMATION ───

CJTN #: **69564074-H**  BOOKING STATUS: **Normal**  BAIL:

BOOKING START DATE/TIME: **02/14/2021 23:33**  BOOKING END DATE/TIME: **02/14/2021 23:44**

ITEM(S) SEIZED AT ARREST:

ARRAIGNMENT COURT: **NY014011J CITY OF BUFFALO**

BOOKING COMMENTS: **NO WARRANTS NYSID CW**
**DEF WAS IN POSS OF NARCOTICS**

F/P'S TAKEN BY: **WIPPERMAN, Cheryl**  DATE: **02/15/2021**

NCIC CLASS. BY:  DATE/TIME: **02/20/2001 06:13**

ARRESTEE SIGNATURE:



**Rolled Right Thumb**

NCIC CLASS: **22:DM:11:19:CO/ - 17:11:16:22:14/**

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 220.16-01 CPCS-3RD:NARC DRUG INT/SELL BF | N | 21-0450426 | | |
| PL 220.06-05 CRIM POSS CONT SUB-5TH:COCAINE I | N | 21-0450426 | | |
| VTL 0401-01A MV VIOL:OPER UNREGISTERED VEH | N | 21-0450426 | | |
| VTL 0403-A MV VIOL:FALSIFY TEMP REGISTRTN I | N | 21-0450426 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 21-0450426 | | |

Page    1 of 1

Docket Number_____

*CITY OF BUFFALO*                                                    CD #:**21-0450426**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York                )
                        vs.                        )            *4 76*
**NATHANIEL MYERS  DOB:** ███████          )        **INFORMATION / COMPLAINT**
          ████████████████                          )
                                                    )
                                                    )

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the
DEFENDANT of this action, and charge that on or about Sunday, February 14, 2021 at   WALDEN AV and
OBERLIN AV in the CITY OF BUFFALO, County of ERIE, at about 03:10 PM, said DEFENDANT did commit
the offense of:

### ·CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE THIRD DEGREE

a class B  FELONY contrary to the provisions of section 220.**16, s**ubsection(s) 01 o**f** the Penal Law of the State
of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID KNOWINGLY AND
UNLAWFULLY  POSSESS A NARCOTIC DRUG WITH INTENT TO SELL.  ·IN THAT THE DEFENDANT ·
DID HAVE IN HIS POSSESSION AND UNDER HIS CONTROL WHAT APPEARS TO BE CRACK
COCAINE.  DET. PAUL FITZPATRICK DID NOTICE OUR DEFENDANT SEATED IN THE DRIVER SEAT
OF A 2001 RED FORD AND ALERTED OFFICER WILLIAM FOLCKEMER AND OFFICER JOSEPH
CHRISTOPHER.  OFFICER FOLCKEMER AND OFFICER CHRISTOPHER DID APPROACH SAID
VEHICLE WHERE THE DEFENDANT WAS LOCATED.  SAID VEHICLE DID HAVE INDIANIA PAPER
REGISTRATION 4199-363 AS NY REG KEB3465 WAS SURRENDER. UPON FURHTER
INVESTIGATION, OFFICER WILLIAM FOLCKEMER DID RECOVER FROM THE DEFENDANT'S RIGH
SOCK A LARGE BAG CONTAINING (6) SMALLER CLEAR BAGS CONTAINING WHAT APPEARS TO
BE CRACK COCAINE.  DET. PAUL FITZPATRICK DID SUBMIT SAME INTO EVDINCE.  THE CRACK
COCAINE WAS PACKAGED FOR SALE.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED.
THE ABOVE ALLEGATIONS OF FACT ARE MADE·BY THE COMPLAINANT HEREIN ON DIRECT
KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal
· Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a
written instrument, to knowingly make a false statement, or to make a statement which such person does not believe
to be true.**

_____
Complainant

Subscribed and sworn to me this
15th of February, 2021

Docket Number_____

*CITY OF BUFFALO*                                    CD #:**21-0450426**
*COUNTY OF ERIE STATE OF NEW YORK*

| | |
|---|---|
| The People of the State of New York | ) |
| vs. | ) |
| **NATHANIEL MYERS  DOB:** ████████ | )   **INFORMATION / COMPLAINT** |
| ████████████████ | ) |
| | ) |
| | ) |

I, **Police Officer WILLIAM R. FOLCKEMER**, a police officer herein, accuse **NATHANIEL MYERS**, the DEFENDANT of this action, and charge that on or about Sunday, February 14, 2021 at  WALDEN AV and OBERLIN AV in the CITY OF BUFFALO, County of ERIE, at about 03:10 PM, said DEFENDANT did commit the offense of:

**CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE FIFTH DEGREE**

a class D  FELONY contrary to the provisions of section 220.**06, sub**section(s) 05 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID KNOWINGLY AND UNLAWFULLY  POSSESS COCAINE AND SAID COCAINE WEIGHS FIVE HUNDRED MILLIGRAMS OR MORE.  IN THAT THE DEFENDANT DID HAVE IN HIS POSSESSION AND UNDER HIS CONTROL WHAT APPEARS TO BE CRACK COCAINE.  DET. PAUL FITZPATRICK DID NOTICE OUR DEFENDANT SEATED IN THE DRIVER SEAT OF A 2001 RED FORD AND ALERTED OFFICER WILLIAM FOLCKEMER AND OFFICER JOSEPH CHRISTOPHER.  OFFICER FOLCKEMER AND OFFICER CHRISTOPHER DID APPROACH SAID VEHICLE WHERE THE DEFENDANT WAS LOCATED. SAID VEHICLE DID HAVE INDIANIA PAPER REGISTRATION 4199-363 (VTL 403A) AS NY REG KEB3465 WAS SURRENDER (VTL 401-1A). UPON FURHTER INVESTIGATION, OFFICER WILLIAM FOLCKEMER DID RECOVER FROM THE DEFENDANT'S RIGH SOCK A LARGE BAG CONTAINING (6) SMALLER CLEAR BAGS CONTAINING WHAT APPEARS TO BE CRACK COCAINE.  DET. PAUL FITZPATRICK DID SUBMIT SAME INTO EVDINCE.  THE CRACK COCAINE WAS PACKAGED FOR SALE AND WEIGHING APPROXIMATELY (3) GRAMS.  THE DEFENDANT WAS FOUND TO BE DRIVING WITHOUT A LICENCSE (VTL509-1).

rk

WRF

I, OFFICER WILLIAM FOLCKEMER, THROUGH MY TRAINING AND EXPERIENCE, I RECOGNIZED THE WHITISH, ROCK-LIKE SUBSTANCE WHAT IS BELIEVED TO BE CRACK COCAINE.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
(Penal Law, Section 210.45)

It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                    Complainant

Subscribed and sworn to me this
15th of February, 2021

_____

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**BW21CTGWXJ**

To be completed by Police Officer
and given to Motorist

POLICE AGENCY

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

| POLICE AGENCY |
|---|
| **BUFFALO POLICE DEPARTMENT** |
| Local Police Code |
| BPD |

Last Name(Defendant)
**AYERS**

First Name
**NATHANIEL**

M.I.
**C**

| Number and Street | | | Apt. No. | Photo Lic Shown |
|---|---|---|---|---|

| City | State | Zip Code | Owner Oper. | Lic. Class |
|---|---|---|---|---|
| | | | ○ | |

| Vehicle ID Number | | | | Sex | |
|---|---|---|---|---|---|
| | | | | **M** | |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| **NY** | | **1** | **2001** | **FORD** | **RD** |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| **4199-363** | **NY** | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| **3:10 PM** | **02/14/2021** | **NYS V AND T LAW** |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| **4011A** | | ⊙ | ○ | ○ | | |

Description of Violation
**UNREGISTERED MOTOR VEHICLE**

| US DOT# | |
|---|---|

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | Hwy. No. | Loc. Code |
|---|---|---|
| **OBERLIN ST @ WALDEN AVE** | | **1501** |

| CITN Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| **BUFFALO, CITY OF - 1601** | **ERIE** | **6** | **01401** |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed | Off Assign |
|---|---|---|
| | **02/14/2021** | |

| Arrest Type |
|---|
| **1 - PATROL** |

(Officer's Signature)

| | Badge/Shield |
|---|---|
| | **174417** |

| Officer's Last Name | First Name | M.I. |
|---|---|---|
| **FOLCKEMER** | **W** | |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO TRAFFIC VIOLATIONS AGENCY**

Address
**CITY HALL, ROOM 115**

| City | State | Zip |
|---|---|---|
| **BUFFALO** | **NY** | **14202** |

⊙ RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| **02/15/2021** | **9:30 AM** |

**A PLEA OF GUILTY TO THIS CHARGE IS
EQUIVALENT TO A CONVICTION AFTER TRIAL. IF
YOU ARE CONVICTED, NOT ONLY WILL YOU BE
LIABLE TO A PENALTY, BUT IN ADDITION YOUR
LICENSE TO DRIVE A MOTOR VEHICLE OR
MOTORCYCLE, AND YOUR CERTIFICATE OF
REGISTRATION, IF ANY, ARE SUBJECT TO
SUSPENSION AND REVOCATION AS PRESCRIBED
BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility
Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your drivers
license and/or a default judgement by law.

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then
complete and sign SECTION A.

- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A,
then complete and sign SECTION B.

- Mail this form to the Court noted on this ticket by Registered, Certified, or First
Class Mail, with Return Receipt Requested.

- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent
speeding violation in an 18 month period, instead you must appear in the Court noted
on this ticket in person.

- If the Court denies your plea, you will be notified by mail to appear in the Court
noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I
acknowledge receipt of the warning printed in bold type on the other side of this ticket,
and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to
the offense as charged and request that this charge be disposed of and a fine or
penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury:

| Date: | Signed |
|---|---|

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting
deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING
DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED
YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY
(30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO
THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE
TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS
ISSUED?

NO ⊙        SPEEDING (Gen 101)   ○
            GENERAL (Gen 101A)   ○

Signature _____

Address _____

| City | State | Zip Code |
|---|---|---|

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify
you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE
MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

| City | State | Zip Code |
|---|---|---|

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF
YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTO-1.7 (4/02)

**BW21CTGWXJ**

**New York State - Department of Motor Vehicles**
**UNIFORM TRAFFIC TICKET**

**BW21CTGX0W**

To be completed by Police Officer
and given to Motorist

### POLICE AGENCY

| | |
|---|---|
| Police Agency | BUFFALO POLICE DEPARTMENT |
| Local Police Code | BPD |

| Last Name(Defendant) | First Name | M.I. |
|---|---|---|
| MYERS | NATHANIEL | C |

| Number and Street | | Apt. No. | Photo Lic Shown |
|---|---|---|---|

| City | State | Zip Code | Owner Oper. | Lic. Class |
|---|---|---|---|---|

| Client ID Number | | Sex M | Date of Birth |
|---|---|---|---|

| Lic. State NY | Date of Birth | Veh. Type 1 | Year 2001 | Make FORD | Color RD |
|---|---|---|---|---|---|

| Plate Number 4199-363 | Reg. State NY | Registration Expires |
|---|---|---|

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time 3:10 PM | Date of Offense 02/14/2021 | IN VIOLATION OF NYS V AND T LAW |
|---|---|---|

| Section 403A | Sub Section | Tr Inf ● | Misd ○ | Felony ○ | MPH | MPH Zone |
|---|---|---|---|---|---|---|

Description of Violation
**FALSIFYING TEMP INDICIA OF REG**

US DOT#

| | COL Veh ○ | Bus ○ | Haz Mat ○ |
|---|---|---|---|

Place of Occurrence
**OBERLIN ST @ WALDEN AVE**

| | | Hwy. No. | Loc. Code 1501 |
|---|---|---|---|

| CTriN Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy. Type 6 | NCIC/ORI 01401 |
|---|---|---|---|

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed 02/14/2021 | Off Assign |
|---|---|

| (Officer's Signature) | Arrest Type 1 - PATROL |
|---|---|

| | Badge/Shield 174417 |
|---|---|

| Officer's Last Name FOLCKEMER | First Name W | M.I. |
|---|---|---|

Radar Officer's Signature

*THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW*

| BUFFALO TRAFFIC VIOLATIONS AGENCY | |
|---|---|
| Address | CITY HALL, ROOM 115 |
| City BUFFALO | State NY | Zip 14202 |

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date 02/16/2021 | Time 9:30 AM |
|---|---|

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

### TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation within an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket.

I, _____ residing at _____ have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury.

Date: _____ Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐ No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ● SPEEDING (Gen 101) ○
GENERAL (Gen 101A) ○

Signature _____
Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
### MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)



**BW21CTGX0W**

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

## BW21CTGVWX

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

| Last Name(Defendant) | First Name | M.I. |
|---|---|---|
| MYERS | NATHANIEL | C |

Apt. No. | Photo Lic Shown

CIN | State | Zip Code | Owner Oper. | Lic. Class

Client ID Number | Sex M | Lic Expires

| Lic. State NY | Date of Birth | Veh. Type 1 | Year 2001 | Make FORD | Color RD |
|---|---|---|---|---|---|

| Plate Number 4199-363 | Reg. State NY | Registration Expires |
|---|---|---|

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time 3:10 PM | Date of Offense 02/14/2021 | IN VIOLATION OF NYS V AND T LAW |
|---|---|---|

| Section 5091 | Sub Section | Tr Inf ● | Misd ○ | Felony ○ | MPH | MPH Zone |
|---|---|---|---|---|---|---|

Description of Violation
UNLICENSED OPERATOR

US DOT#

COL Veh ○ | Bus ○ | Haz Mat ○

Place of Occurrence
OBERLIN ST @ WALDEN AVE

Hwy. No. | Loc. Code 1501

| CITY Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy. Type 6 | NCIC/ORI 01401 |
|---|---|---|---|

AFFIRMED UNDER PENALTY OF PERJURY

Date Affirmed 02/14/2021 | Off Assign

Arrest Type
1 - PATROL

(Officer's Signature)

Badge/Shield 174417

| Officer's Last Name FOLCKEMER | First Name W | M.I. |
|---|---|---|

Radar Officer's Signature

*THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW*

BUFFALO TRAFFIC VIOLATIONS AGENCY

Address
CITY HALL, ROOM 115

| City BUFFALO | State NY | Zip 14202 |
|---|---|---|

○ RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date 02/15/2021 | Time 9:30 AM |
|---|---|

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

## TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury.

Date: _____ Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**
Yes ☐ No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ● | SPEEDING (Gen 101) ○
| GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BW21CTGVWX**

# CITY OF BUFFALO POLICE DEPARTMENT
# CENTRAL BOOKING BUREAU
# CASE HISTORY

DEFENDANT: NATHANIEL MYERS          AFN: 21-00164-98

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF ARRESTING OFFICER: OFC WILLIAM FOLCKEMER
FUNCTION (S) PERFORMED: INVESTIGATED AND ARRESTED DEFENDANT, TRANSPORT, RECOVERED EVIDENCE

NAME OF ASSISTING OFFICER: OFC JOSEPH CHRISTOPHER
FUNCTION(S) PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, APPREHENDED, TRANSPORT

NAME OF ASSISTING OFFICER: DET. PAUL FITZPATRICK
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION, SUBMITTING EVIDENCE

NAME OF ASSISTING OFFICER: DET ADAM WIGDORSKI
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION

NAME OF ASSISTING OFFICER: OFC LAWRENCE BRIGGS
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION, TOW SHEET

NAME OF ASSISTING OFFICER: OFC SEAN FORD
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION, SUBMITTED EVIDENCE

OFFICER SIGNATURE: _____

DATE: _____02-15-21_____

Docket Number_____

**CITY OF BUFFALO**                              CD #:**21-0450426**
**COUNTY OF ERIE STATE OF NEW YORK**

The People of the State of New York      )
                                          )
        vs.                               )    **NOTICE TO DEFENDANT OF**
                                          )    **INTENTION TO OFFER EVIDENCE**
**NATHANIEL MYERS  DOB:** ▮▮▮▮▮▮           )    **AT TRIAL (CPL 710.30 AND 700.70)**
        ▮▮▮▮▮▮▮▮▮▮▮▮▮                     )
                                          )

**THE PEOPLE  INTEND TO OFFER AT TRIAL:**

**I.   STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☐  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☒  3.  No statements were made          **Arresting Officers Initials:** _____

**II.  IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO FOLCKEMER, WILLIAM**

DATE: **2/14/2021**      PLACE: **WALDEN & OBERLIN**

☐  1.  Showup Identification

☐  2.  Photograph Identification

☐  3.  Line-up

☐  4.  Observation of defendant upon some other occasion relevant to case

☐  5.  Other (specify)

**WARNING: SUSPECT'S RIGHTS**

1. YOU HAVE THE RIGHT TO REMAIN SILENT.

2. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW.

3. YOU HAVE THE RIGHT TO TALK TO A LAWYER AND HAVE HIM PRESENT WITH YOU WHILE YOU ARE BEING QUESTIONED.

4. IF YOU CANNOT AFFORD TO HIRE A LAWYER, ONE WILL BE APPOINTED TO REPRESENT YOU BEFORE ANY QUESTIONING, IF YOU WISH ONE.

**WAIVER**

AFTER THE WARNING AND IN ORDER TO SECURE A WAIVER, THE FOLLOWING QUESTINS SHOULD BE ASKED AND AN AFFIRMATIVE REPLY SECURED TO EACH QUESTION.

1. DO YOU UNDERSTAND EACH OF THESE RIGHTS I HAVE EXPLAINED TO YOU?

*Yes Sure*

2. HAVING THESE RIGHTS IN MIND, DO YOU WISH TO TALK TO US NOW?

_____

_____
SIGNATURE

MIRANDA READ BY: _____

SUSPECT: _____

_____

_____

_____

_____

_____

_____

_____

**City Of Buffalo Department Of Police**
**Central Booking Bureau**
**Defendant Information**

P-32

CD No. 21-045-0426
AFN 21-00164-98

| DEFENDANT: NATHANIEL MYERS | DOB: █████ | Date Of Arrest: 02-14-21 |
|---|---|---|

Co-DEFENDANTS:

| 1. | DOB: |
|---|---|
| 2. | DOB: |
| 3. | DOB: |

| 1.  Officer in charge of case:  OFC WILLIAM FOLCKEMER | Assignment: E-DIST |
|---|---|

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5.  Name | | | | |
| Address | | | | |
| Phone | | | | |

### Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| Disp. Date: | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  220.06-5 | | | | |
| 2.  220.16-1 | | | | |
| 3.  VTL509-1 | | | | |
| 4.  403A | | | | |
| 5.  411-1A | | | | |
| 6. | | | | |

| 710.30 ( ) | Lab ( ) | Local/NYSISS ( ) | MV-104 ( ) |
|---|---|---|---|
| Supporting Dep. ( ) | Medicals ( ) | DMV ( ) | Readiness ( ) |
| Forensic Req. ( ) | Breath Documents ( ) | Albany ( ) | **Domestic Violence** ( ) |

Erie County Central Police Services Forensic Laboratory
45 Elm St.
Buffalo, New York 14203-9600
(716) 858-7409



# REQUEST FOR LABORATORY EXAMINATION

SUBMITTING AGENCY:  **BPD**

DISTRICT/BUREAU:  *NARCOTICS*

CASE/CD NUMBER:  *21-045 0426*

INVESTIGATING OFFICER:  *Fitzpatrick/ Widgurski*

BUSINESS PHONE:  *851-4575*

E-MAIL ADDRESS: —

CHARGES:  *PC 220.09-1/ PC 220.16-1*

DATE/TIME OF OCCURRENCE:  *2/14/21  1510 hrs.*

PROSECUTOR: —

CHECK IF APPLICABLE:  ☐ Sale of controlled substance   ☐ Asset Forfeiture Case   ☐ Evidence Previously Submitted in this case

| DEFENDANT(S): (last name, first name) | Date of Birth: | VICTIM(S): last name, first name | Date of Birth: |
|---|---|---|---|
| *Myers, Nathaniel* | ▇▇▇▇▇ | *SONY* | |
| | | | |
| | | | |

| CPS Item #: | Agency Item #: | DESCRIPTION OF EVIDENCE: | EXAMINE FOR: | ADDRESS & WHERE OBTAINED: |
|---|---|---|---|---|
| | *1* | *① Clear plastic sandwich bag containing (6) clear plastic bags containing white rock-like Substance* | *① Controlled Substance* | *① 68 Court St Rm 253 Def right sock* |

COMMENTS:  *Recovered from Def at HQ*

**DO NOT WRITE IN THE SHADED AREAS**

**THIS SIDE TO BE COMPLETED BY THE SUBMITTING OFFICER**

SUBMITTED BY: *Paul Fitzpatrick*
SIGNATURE

PRINT NAME: *PAUL FITZPATRICK*

LOCKER NO.: _____

DATE/TIME SUBMITTED: *2/14/21*

By signing this form you acknowledge that the Laboratory will select the appropriate items to be analyzed and the methods of analysis.

Go to **www.erie.gov/forensiclab** for Laboratory information, guidelines and forms.

**THIS SIDE FOR LABORATORY USE ONLY**

RECEIVED: ☐ Sealed _____

☐ Unsealed _____  ☐ Not Inventoried

☐ Improper Seal _____

☐ Received with cross outs/write overs

DATE/TIME REC'D: _____

RECEIVED BY: _____

LAB NO.: _____

SUBMISSION #: _____  PAGE #: ___ OF ___

RESUBMISSION ☐

DCPSL-5
Issued by: Michelli Schmitz
Issue date: 01/12/18

2994
Revision 4

P-163 (Rev 01/15)
ORI# 1501

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

177043

3 of 3

DISTRICT OF ARREST: B
PROPERTY: ☐ YES  ☐ NO
MONEY: $ _____

DATE: 2/14/2021  INCIDENT NUMBER: 21-0450421  RIC# 056533162  AFN: 21-0016498

DEFENDANT'S NAME: Myers (LAST)  Nathaniel (FIRST)  C (M)

DATE OF BIRTH: ████████  AGE: 47  PLACE OF BIRTH: Buffalo

ARRESTING OFFICER: W. Folckemer  ASSISTING OFFICER: J. Christopher

DIST.: E  ASSIGNMENT: E 242/231  ARREST DATE: 2/14/2021  ARREST TIME: 1610

ADDRESS OF ARREST: 98 Court

CHARGES: PL 220.09(1)  220.16(1)  VTL 509(1)  403A  411A
220.06-5  Oberlin + Walden  Church Parking lot

NARRATIVE: While on entry patrol, we were alerted by detective Fitzpatrick noticed a
person wanted by the Gun Violence Unit and pending domestic charges. The defendant
was sitting in the drivers seat of paper reg 4199-363 (surrendered reg KEB3465).
Upon investigation, defendant did have one large bag containing 6 smaller bags
containing what appeared to be crack/cocaine in his right sock. The small bags
weighed 3 g in total.

DEFENDANT'S STREET NAME/ALIASES: _____

DEFENDANT'S ADDRESS: ████████

CITY: ████  STATE: ████  ZIP CODE: ████  US CITIZEN: ☒ YES  ☐ NO

SOCIAL SECURITY NUMBER: _____  MARITAL STATUS: _____  OCCUPATION: _____

DEFENDANT'S SEX: M  HEIGHT: 5'10"  WEIGHT: 213  BUILD: Med  EYE COLOR: bro

HAIR COLOR: Bald  SKIN TONE: Medium  RACE: Black  ETHNICITY: Non-hisp.

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: CW  SATISFACTORY ID: ☒ YES  ☐ NO
NYSID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES? ☐ YES  ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: SONY  RELATIONSHIP: None

USE OF FORCE? ☐ YES  ☒ NO  (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES  ☐ NO  PLATE #: 4199-363  LOCATION: Walden @ Oberlin

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☐ YES  ☒ NO

   If yes, describe injury, any bandages, stitches etc. _____

   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest? ☐ YES  ☒ NO

   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: Cheryl Uldy  EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

# G.I.V.E. GRANT

## Arrest Information

**Gang Information**

Questions:

Are you a member of a gang?      ☐ YES      ☐ NO

If yes, name of gang: _____

Do you have information about any crime that you are willing to give to a Detective?   ☐ YES      ☐ NO

Weapon(s) recovered?:   ☐ YES   ☐ NO    If yes, type: _____

Drug(s) recovered?:   ☐ YES   ☐ NO   If yes, type: _____ Amount Seized: _____

Any assets seized?:   ☐ YES   ☐ NO

If yes, type of assets: _____

_____

_____

## DETECTIVE BUREAU ONLY

Arrestee interviewed by: _____

Detective's Name                        Detective's Assignment

Search Warrant executed?:   ☐ YES    ☐ NO   Reason for search: _____

Re:  Narcotic Arrest

☐ on the street                    ☐ inside a building/structure